Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

*Attorneys for Defendant*
USAPE LLC d/b/a BAPE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>USAPE LLC d/b/a BAPE et al.<br><br>　　　　Defendants. | Case No. 2:20-cv-02456-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: December 10, 2020<br><br>Complaint served: December 21, 2020<br><br>New response date: March 31, 2021 |

# ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties hereto, defendant USAPE LLC d/b/a BAPE shall have up to and including March 31, 2021 to answer, move or otherwise respond to the Complaint in this action.

IT IS SO ORDERED.

Dated: February 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1