1 | Michael J. Niborski (State Bar No. 192111)
*mniborski@pryorcashman.com*
2 | Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
3 | **PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
4 | Los Angeles, California 90067-2302
Tel: (310) 683-6900
5 | Fax: (310) 943-3397

6 | *Attorneys for Defendant*
USAPE LLC d/b/a BAPE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS<br><br>Plaintiff,<br><br>vs.<br><br>USAPE LLC d/b/a BAPE et al.<br><br>Defendants. | Case No. 2:20-cv-02456-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: December 10, 2020<br>Complaint served: December 21, 2020<br>New response date: April 26, 2021 |

**ORDER**

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties hereto, defendant USAPE LLC d/b/a BAPE shall have up to and including April 26, 2021 to answer, move or otherwise respond to the Complaint in this action.

IT IS SO ORDERED.

Dated: March 31, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE