# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS<br><br>　　　Plaintiff,<br><br>　vs.<br><br>USAPE LLC d/b/a BAPE et al.<br><br>　　　Defendants. | Case No. 2:20-cv-02456-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: December 10, 2020<br>Complaint served: December 21, 2020<br>New response date: June 4, 2021 |

Good cause having been shown, IT IS HEREBY ORDERED that, based on the concurrently filed Stipulation of the parties hereto, defendant USAPE LLC d/b/a BAPE shall have up to and including <u>June 4, 2021</u> to answer, move or otherwise respond to the Complaint in this action.

　　　IT IS SO ORDERED.

**Dated:  May 12, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1