## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**VALERIE BROOKS,**

CASE NO: **2:20–CV–02456–MCE–KJN**

v.

**USAPE, LLC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/22/2021**

**Keith Holland**
Clerk of Court

ENTERED: **September 22, 2021**

by: /s/ J. Donati
Deputy Clerk